UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID CZOPEK, CHRISTOPHER
KNOTT, DAVID EASLICK and
JONATHAN RED,

      Plaintiffs,

v.                                  Case No: 8:14-cv-675-T-36TBM

TBC RETAIL GROUP, INC.,

      Defendant.

_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on November 7, 2016 (Doc. 261). In the Report and Recommendation, Magistrate Judge McCoun recommends that the Joint Motion for Approval of Settlement of Collective Action (Doc. 256) be GRANTED and that the Court: (1) approve and adopt all the terms of the Settlement Agreement (Doc. 256-2); (2) authorize and direct the payment of the settlement proceeds to Plaintiffs pursuant to Plaintiffs' Detailed Settlement Listing (Doc. 256-2 at 16-17); (3) authorize the payment of attorneys' fees and costs/expenses as per the Settlement Agreement; and (4) retain jurisdiction to enforce the terms of the Settlement. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 261) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The parties' Joint Motion for Approval of Settlement of Collective Action (Doc. 256) is **GRANTED.**  The Settlement Agreement (Doc. 256-2) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.  All of the terms of the Settlement Agreement (Doc. 256-2) are adopted and incorporated herein by reference.

(3)     Within thirty (30) days, Defendant shall mail the settlement checks to each Plaintiff in the amount as set forth in the Settlement Agreement and Plaintiffs' Detailed Settlement Listing (Doc. 256-2 at 16-17).

(4)     Within ten (10) days, Defendant shall pay Plaintiffs' counsel a gross sum of One Hundred Seventeen Thousand Seven Hundred Fifty Dollars and 01/100 ($117,750.01), which includes $105,623.98 in attorneys' fees and $12,126.03 in costs/expenses.

(5)     This action is **DISMISSED**, with prejudice.

(6)     The Court retains jurisdiction of this matter for ninety (90) days to enforce the terms of the Settlement Agreement.

(7)     The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on December 6, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record